Núm. 7968.—Stella, apldo. *v.* Irizarry, hoy su Sucesión, aplte. —C. D. Ponce. ▮
Abril 12, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto en este caso el demandante original, Benigno Rodríguez Pietri, obtuvo el 19 de abril de 1938 una sentencia a su favor contra María Concepción Irizarry, hoy su sucesión, por la cantidad de $1,000, precio del contrato de compraventa, $8,000 como indemnización de daños y perjuicios por incumplimiento de contrato, más las costas y $500 por concepto de honorarios de abogado;

Por cuanto, con fecha 29 de junio de 1939 el referido Benigno Rodríguez Pietri personalmente y además por la representación de su abogado Vicente Zayas Pizarro, y Jesús Stella personalmente y además por su abogado, radicaron en este tribunal una moción que fué debidamente notificada a los apelantes, en la que expusieron que Rodríguez había cedido a Stella todos sus derechos y acciones en este litigio y solicitaron a la vez que Benigno Rodríguez Pietri fuese sustituído por su cesionario Jesús Stella como demandante apelante en este recurso, a lo cual y con la conformidad expresa de los apelados accedió este tribunal por resolución de 3 de julio de 1939;

Por cuanto con fecha primero del actual el apelado Jesús Stella, por su abogado Lic. Ramón R. Cabrera, y los demandados apelantes por el suyo Lic. Francisco Parra Capó, radicaron en la Secretaría de este tribunal una estipulación en la que exponen que

el demandante apelado Jesús Stella sólo interesa recobrar de los demandados apelantes la cantidad de $5,000 que fué la que él pagó al demandante original Benigno Rodríguez Pietri por sus derechos y acciones en este litigio, expresando además que a los fines de poder someter dicha transacción a la corte inferior interesan que se revoque la sentencia apelada a fin de que dicha corte, una vez remitido el mandato, recobre su jurisdicción y pueda impartirle su aprobación a la transacción aludida;

POR CUANTO, no existe razón alguna por la cual no deba accederse a lo solicitado por las partes en este litigio;

POR TANTO, vista la referida estipulación y la jurisprudencia de este tribunal en el caso de *In re Testamentaría de doña Carmen Nadal*, 48 D.P.R. 623, sin considerar en modo alguna los méritos del caso y teniendo en cuenta únicamente la transacción acordada por las partes, se revoca la sentencia apelada de 19 de abril de 1938 antes citada y se ordena la remisión del mandato a la corte sentenciadora para que pueda dictar la sentencia que proceda de acuerdo con la estipulación de las partes.